# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY CRUZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M.A.C. COSMETICS INC.,<br><br>　　　　　　Defendant. | Case No. 3:21-cv-03133<br><br>Hon. Sue Ellen Myerscough |

## JOINT NOTICE OF POTENTIAL SETTLEMENT AND MOTION TO STAY CASE DEADLINES

Plaintiff Sherry Cruz and Defendant M.A.C. Cosmetics Inc. ("M.A.C.") (together, the "Parties") jointly notify the Court that they anticipate reaching an agreement to settle the above-captioned action. The Parties have largely agreed in principle to settlement terms and are working on final written terms and approval of all Parties.

To allow the Parties time to finalize the terms of their potential settlement as to Ms. Cruz's individual claim in a written confidential agreement and to then file a joint stipulation of dismissal with prejudice, the Parties respectfully request that the Court stay all case deadlines until September 2, 2024.

Dated: July 1, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | GREENBERG TRAURIG, LLP |

By: /s/ Gary M. Klinger
    Gary M. Klinger
    227 West Monroe Street, Suite 2100
    Chicago, Illinois 60606
    (866) 252-0878
    gklinger@milberg.com

PEIFFER WOLF CARR KANE & CONWAY, LLP

    Brandon M. Wise
    818 Lafayette Avenue, Floor 2
    St. Louis, Missouri 63104
    (314) 833-4825
    bwise@peifferwolf.com

SIRI & GLIMSTAD LLP

    Aaron Siri
    Mason Barney
    200 Park Avenue, 17th Floor
    New York, New York 10166
    (212) 532-1091
    aaron@sirillp.com
    mbarney@sirillp.com

*Attorneys for Plaintiff Sherry Cruz*

By: /s/ Gregory E. Ostfeld
    Gregory E. Ostfeld
    77 West Wacker Drive, Suite 3100
    Chicago, Illinois 60601
    (312) 456-8400
    ostfeldg@gtlaw.com

    Sylvia E. Simson (*pro hac vice*)
    One Vanderbilt Avenue
    New York, New York 10017
    (212) 801-9200
    sylvia.simson@gtlaw.com

*Attorneys for Defendant M.A.C. Cosmetics Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2024, the foregoing was filed using the Court's CM/ECF system, which provides notice of such filing to all counsel of record in this action.

/s/ Gregory E. Ostfeld
Gregory E. Ostfeld