# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY CRUZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M.A.C. COSMETICS INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:21-cv-03133<br><br>Hon. Sue Ellen Myerscough |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Sherry Cruz and Defendant M.A.C. Cosmetics Inc., through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 8, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PEIFFER WOLF CARR KANE CONWAY & WISE LLP | GREENBERG TRAURIG, LLP |

PEIFFER WOLF CARR KANE CONWAY & WISE LLP

By: */s/ Brandon M. Wise*
　　Brandon M. Wise
　　One US Bank Plaza, Suite 1600
　　St. Louis, Missouri 63101
　　(314) 833-4825
　　bwise@peifferwolf.com

SIRI & GLIMSTAD LLP
　　Aaron Siri
　　Mason Barney
　　200 Park Avenue, 17th Floor
　　New York, New York 10166
　　(212) 532-1091
　　aaron@sirillp.com
　　mbarney@sirillp.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
　　Gary M. Klinger
　　227 West Monroe Street, Suite 2100
　　Chicago, Illinois 60606
　　(866) 252-0878
　　gklinger@milberg.com

*Attorneys for Plaintiff Sherry Cruz*

GREENBERG TRAURIG, LLP

By: */s/ Gregory E. Ostfeld*
　　Gregory E. Ostfeld
　　77 West Wacker Drive, Suite 3100
　　Chicago, Illinois 60601
　　(312) 456-8400
　　ostfeldg@gtlaw.com

　　Sylvia E. Simson (*pro hac vice*)
　　One Vanderbilt Avenue
　　New York, New York 10017
　　(212) 801-9200
　　sylvia.simson@gtlaw.com

*Attorneys for Defendant M.A.C. Cosmetics Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the Court's e-filing system, which will send notice and allow access to all parties and counsel who have entered their appearance in this matter.

*/s/ Brandon M. Wise*